## Commonwealth *v*. Tucker, Appellant.

Argued June 16, 1975. *Edward G. Rendell*, for appellant; *Daniel P. Mc Elhatton*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v*. Washington, Appellant.

Argued June 9, 1975. *Stephen H. Green*, for appellant; *Mark Sendrow*, Assistant District Attorney, with him *Stephen Levin* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.